UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. CHERYL KHALIL     07-1011

## PETITION FOR WRIT OF HABEAS CORPUS

1. CHERYL KHALIL - SBI NO. 000547695B is now confined at the **Edna Mahan Correctional Facility**.

2. Said individual will be required at TRENTON, New Jersey, before the Honorable Mary L. Cooper, U.S. DISTRICT Judge, on November 14, 2008, at 10:00 a.m., for Sentencing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: November 6, 2008

SETH KOSTO
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: November 6, 2008

Honorable Mary L. Cooper
U.S. DISTRICT Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the **Edna Mahan Correctional Facility**:
WE COMMAND YOU that you have the body of

**CHERYL KHALIL**

now confined at the **Edna Mahan Correctional Facility**, brought before the United States District Court, the Honorable Mary L. Cooper, U.S. District Judge, in the Clarkson S. Fisher Federal Bldg., & Courthouse at Trenton, NJ on November 14, 2008 at 10:00 a.m., in civilian clothes, for **sentencing** in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Mary L. Cooper
United States DISTRICT Judge
Newark, New Jersey.

DATED: November 7, 2008

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk