```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA       :    CRIMINAL 07-1011(MLC)

         vs.                   :    ORDER APPOINTING FEDERAL
                                       PUBLIC DEFENDER
CHERYL KHALIL                  :
```

The financial inability of the defendant to retain counsel having been established by the court, and the defendant not having waived the appointment of counsel, and for good cause shown;  it is on this 18th day of November, 2010,

ORDERED that the Federal Public Defender Organization for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of this court.


                                    S/Mary L. Cooper
                                    **MARY L. COOPER,**
                                    United States District Judge


cc:  Federal Public Defender